JOSEPH S. LEVENTHAL (221043)
joseph.leventhal@dinsmore.com
DINSMORE & SHOHL LLP
655 W. Broadway, Suite 800
San Diego, California 92101
Telephone:(619) 400-0500
Facsimile: (619) 400-0501

Attorneys for Plaintiff,
HEALTHYWAGE LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHYWAGE LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MOHIT JAGETIA, an individual; and TEKPALETTE, an Indian Company,<br><br>Defendants. | Case No.:  3:17-CV-01041-W-BLM<br><br>Presiding Judge:  Hon. Thomas J. Whelan<br>Magistrate Judge:  Hon Barabara L. Major<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>[Fed. Rules Civ. Proc. 41(a)(1)]<br><br>Action filed: May 22, 2017<br>Trial date:    None Set |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, HEALTHYWAGE LLC, herewith voluntarily dismisses, without prejudice, the above-captioned action against Defendants MOHIT JAGETIA and TEKPALETTE.

Dated:  July 14, 2017                          Respectfully submitted,


                                               /s/ *Joseph Leventhal*
                                               Joseph Leventhal
                                               DINSMORE & SHOHL LLP

1

## **CERTIFICATE OF SERVICE**

2        I certify that, on the date specified below, this document filed through the

3   ECF system was sent electronically to the registered participates as identified on the

4   Notice of Electronic Filing (NEF) and a paper copy will be sent to those indicated

5   as non-registered case participates as described below.

6        **Via U.S. Mail:**

7   TEKPALETTE
    54, Main Sector, Kshipuri
    Shastri Nagar,
8   Bhilwara 311001
    Rajasthan
9   India

10       Dated: July 14, 2017        /s/ *Joseph Leventhal*
                                      Joseph Leventhal

11

12
    11519972
13

14

15

16

17

18

19

20

21

22                                                      Case No. CV 17-01041 W-BLM

NOTICE OF VOLUNTARY DISMISSAL